# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE DAWN LEWIS, | Case No.: 1:17-cv-674-BAM |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including January 5, 2018, in which to file Plaintiff's Opening Brief in Support of Plaintiff's Complaint; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **December 4, 2017**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

-1-