McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
          160 Spear Street, Suite 800
          San Francisco, California 94105
          Telephone: 415-977-8926
          Facsimile: 415-744-0134
          E-mail: richard.rodriguez@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| JEANNE DAWN LEWIS, | ) | Case No. 1:17-cv-00674-BAM |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO EXTEND** |
| | ) | **DEFENDANT'S TIME TO FILE HER** |
| | ) | **RESPONSIVE BRIEF** |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | (Defendant's First Request) |
| | ) | |
| Defendant. | ) | |

The parties, through their respective counsel, stipulate the time for filing of defendant's

opposition to plaintiff's opening brief be extended from February 2, 2018, to March 5, 2018.

This is defendant's first request for an extension of time to file a response to Plaintiff's

opening brief. Defendant needs the additional time to further review the file in light of the issues

raised by Plaintiff in her opening brief; an unusually heavy work load where the undersigned has

5 briefs due, one on January 29, 2018, one on February 1, 2018, two on February 2, 2018, one on

February 5, 2018, and one employee relations matter that is on the verge of settlement. In addition, due to the recent government shutdown, the undersigned lost two days of productivity.

Counsel for Defendant conferred with Plaintiff's counsel by email on January 24, 2018, who has no opposition to this request.

This request is made in good faith without any intention to unduly delay the litigation of this case. The scheduling order shall be extended accordingly. The undersigned apologizes to this Court, Plaintiff, and her counsel for any inconvenience caused by this request.

DATED: January 25, 2018               McGREGOR W. SCOTT
                                           United States Attorney

                         By:    */s/ Richard M. Rodriguez*
                                 RICHARD M. RODRIGUEZ
                                 Special Assistant U.S. Attorney
                                 Richard.rodriguez@ssa.gov
                                 Attorneys for Defendant
                                 Nancy A. Berryhill,
                                 Acting Commissioner of Social Security

DATED: January 25, 2018             */s/Stuart T. Barasch*
                                 By: Richard M. Rodriguez,
                                 as authorized by email on January 24, 2018
                                 STUART T. BARASCH, ESQ., CSBN: 74108
                                 Attorney for Plaintiff

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a thirty-one day extension of time, to and including **March 5, 2018**, in which to file a response Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the Court's Scheduling Order shall be extended accordingly. IT IS SO ORDERED.

Dated:   **January 25, 2018**          */s/ Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE